# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEY INSURANCE COMPANY,

    Plaintiff(s),

v.

STEVEN SCOTT BERNARD, et al.,

    Defendant(s).

Case No. 2:24-cv-01351-JAD-NJK

**Order**

The stay in this case expired on June 16, 2025. Docket No. 13. No later than August 6, 2025, Plaintiff must file either a request to extend the stay or a status report explaining how the case will proceed forward.

IT IS SO ORDERED.

Dated: July 28, 2025

                                            Nancy J. Koppe
                                            United States Magistrate Judge