# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEY INSURANCE COMPANY,<br>    Plaintiff(s),<br>v.<br>STEVEN SCOTT BERNARD, et al.,<br>    Defendant(s). | Case No. 2:24-cv-01351-JAD-NJK<br>**Order** |

The stay in this case expired on June 16, 2025. Docket No. 13. On July 28, 2025, the Court ordered that Plaintiff must file either a request to extend the stay or a status report explaining how the case will proceed forward. Docket No. 14. Plaintiff was ordered to comply by August 6, 2025. *Id.* Plaintiff violated that order.

No later than August 14, 2025, Plaintiff must file either a request to extend the stay or a status report explaining how the case will proceed forward. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN SANCTIONS.**

IT IS SO ORDERED.

Dated: August 7, 2025

_____
Nancy J. Koppe
United States Magistrate Judge